**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:12-CR-00363-DGK-9 |
| | ) | |
| ANSELMO SALAZAR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING FOURTH MOTION FOR SENTENCE REDUCTION

Defendant was found guilty of (1) conspiracy to distribute 500 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846; and (2) conspiracy to commit money laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and (h). Now before the Court is Defendant's fourth[1] motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) in light of Amendment 782. ECF No. 1240. The motion is without merit.

First, the Eighth Circuit has already determined this Court did not unconstitutionally sentence Defendant in this case. ECF No. 1028; *see United States v. Salazar*, No. 16-3055 (8th Cir. June 8, 2017). Moreover, this Court has repeatedly held Defendant is not entitled to a sentence reduction under Amendment 782 because he was sentenced after the amended guideline provisions were in effect. *See* Orders Denying Mots. for Sentence Reduction, ECF Nos. 1077, 1131. And the Eighth Circuit affirmed the Court's most recent denial.[2] ECF No. 1175; *see United States v. Salazar*, No. 20-2625 (8th Cir. Dec. 9, 2020). Accordingly, Defendant's motion is DENIED.

---

[1] Defendant filed previous motions on September 21, 2018 (ECF No. 1067); June 22, 2020 (ECF No. 1119); and July 20, 2020 (ECF No. 1130).

[2] Moreover, the Eighth Circuit also denied a certificate of appealability to the extent Defendant's motion for a sentence reduction constituted an unauthorized 28 U.S.C. § 2255 motion. Accordingly, to the extent the present motion is a successive § 2255 motion, Defendant does not have authorization to file such a motion as required by 28 U.S.C. § 2255(h).

**IT IS SO ORDERED.**

Date:   November 29, 2023                 /s/ Greg Kays
                                                 GREG KAYS, JUDGE
                                                 UNITED STATES DISTRICT COURT